UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NNYANA MASOLOKO and KEFILWE LEKUNTWANE individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YOUR FAMILY HOME CARE LLC, JENNIFER ROSS, RACHEL FAITH LORENZEN and DELROY ROSS,<br><br>Defendants. | Civil Action No.: 3:22-cv-01658 (JBA)<br><br><br><br>April 21, 2023 |

**PLAINTIFF'S UNOPPOSED MOTION TO APPROVE FAIR LABOR STANDARDS ACT AND RULE 23 CONNECTICUT MINIMUM WAGE ACT SETTLEMENT**

Nnyana Masoloko and Kefilwe Lekuntwane ("Named Plaintiffs") and Your Family Home Care LLC, Jennifer Ross, Rachel Faith Lorenzen, and Delroy Ross ("Defendants"), by and through their undersigned counsel, hereby file their motion to approve a proposed agreement ("Settlement Agreement") to resolve the Plaintiffs' claims asserted in this lawsuit on their behalf and on behalf of a putative collective and under the Fair Labor Standards Act ("FLSA") and Class Action under Rule 23 and the Connecticut Minimum Wage Act ("CMWA). The Settlement Agreement is attached to the accompanying memorandum of law as Ex. 1.

Rule 23 Class Members listed in Exhibit A and Sect. 216(b) Collective Members listed in Exhibit B contain information as to the names and last known addresses of the class and collective members. The Exhibits A & B will be submitted to the Court upon request. There are 108 Rule 23 Class Members and at this time, only 2 Sect. 216(b) Collective Members. All class and collective members are listed in Plaintiff's retained expert's wage computation, which is attached to the accompanying memorandum of law as Exhibit G.

1

The Court should approve the Agreement because it is the result of arms' length negotiations. The Settlement Agreement is a fair and reasonable resolution of a *bona fide* dispute involving claims for unpaid overtime wages under the FLSA and CMWA. Accordingly, the Parties respectfully request that this Court enter the proposed preliminary order and final order approving the settlement and dismissing the action with prejudice (Ex. C and D to the Settlement Agreement).

Respectfully submitted,
Nnyana Masoloko, Kefilwe Lekuntwane, and others similarly situated,

By Their Attorneys,

 /S/
Nitor V. Egbarin (ct05114)
Law Offices of Nitor V. Egbarin
100 Pearl Street, 14th Floor
Hartford, CT 06103-3007
(T) 860-249-7180
(F) 860-408-1471
negbarin@aol.com
nitoregbarin@gmail.com

## CERTIFICATION OF SERVICE

I hereby certify that on April 21, 2023, a copy of the foregoing was filed electronically [and service made by mail to anyone unable to accept electronic filing]. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system [or by mail for anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

    /s/ *Nitor V. Egbarin*
Nitor V. Egbarin