# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| NNYANA MASOLOKO and KEFILWE LEKUNTWANE individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YOUR FAMILY HOME CARE LLC, JENNIFER ROSS, RACHEL FAITH LORENZEN and DELROY ROSS,<br><br>Defendants. | Civil Action No.: 3:22-cv-01658 (JBA)<br><br><br><br>July 21, 2023 |

## PLAINTIFFS' UNOPPOSED MOTION FOR ORDER GRANTING FINAL APPROVAL OF FAIR LABOR STANDARDS ACT AND RULE 23 CONNECTICUT MINIMUM WAGE ACT SETTLEMENT

Nnyana Masoloko and Kefilwe Lekuntwane ("Named Plaintiffs") and Your Family Home Care LLC, Jennifer Ross, Rachel Faith Lorenzen, and Delroy Ross ("Defendants"), by and through their undersigned counsel, hereby file their motion for order granting final approval of the proposed agreement ("Settlement Agreement"), to resolve the Plaintiffs' claims asserted in this lawsuit on their behalf and on behalf of a putative collective and under the Fair Labor Standards Act ("FLSA") and Class Action under Rule 23 and the Connecticut Minimum Wage Act ("CMWA). The Settlement Agreement is in the record, ECF No. 21-2.

Rule 23 Class Members listed in Exhibit A and Sect. 216(b) Collective Members listed in Exhibit B contain information as to the names and last known addresses of the class and collective members. The Exhibits A & B will be submitted to the Court upon request. There were 108 Rule 23 Class Members at the time of filing of the motion for preliminary approval of settlement. After the distribution of notice pursuant to this Court's Order on May 3, 2023, ECF No. 22, sixteen (16)

1

individuals mailed in their Notice of Desire to be Excluded from the Class Settlement within the notice period. One (1) individual did not timely mail in their Notice of Desire to be Excluded from the Class Settlement late and the notice is disregarded accordingly. Of the sixteen (16) individuals who mailed in their Notice of Desire to be Excluded from the Class Settlement within the notice period within the notice period, two (2) also signed and timely mailed in their consent to Join Form. Therefore only fourteen (14) individuals are excluded from the class, leaving the remaining ninety four (94) Rule 23 Class Members.

Similarly, there were only two (2) Sect. 216(b) Collective Members at the time of filing of the motion for preliminary approval of settlement. After the distribution of notice pursuant to this Court's Order on May 3, 2023, ECF No. 22, twelve (12) individuals mailed in their signed Consent to Join Forms within the notice period. Therefore there are now fourteen (14) Sect. 216(b) Collective Members.

All Class and Collective members (including the 14 opt-outs) are listed in Plaintiff's retained expert's unpaid wage computation, which is in the record, ECF No. 21-7.

The Court should approve the Agreement because it is the result of arms' length negotiations. The Settlement Agreement is a fair and reasonable resolution of a *bona fide* dispute involving claims for unpaid overtime wages under the FLSA and CMWA. Accordingly, the Parties respectfully request that this Court enter the proposed final order approving the settlement and dismissing the action with prejudice.

Respectfully submitted,
Nnyana Masoloko, Kefilwe Lekuntwane, and others similarly situated,

By Their Attorneys,

  /S/
Nitor V. Egbarin (ct05114)
Law Offices of Nitor V. Egbarin
100 Pearl Street, 14th Floor
Hartford, CT 06103-3007
(T) 860-249-7180
(F) 860-408-1471
negbarin@aol.com
nitoregbarin@gmail.com

## CERTIFICATION OF SERVICE

I hereby certify that on July 14, 2023, a copy of the foregoing was filed electronically [and service made by mail to anyone unable to accept electronic filing]. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system [or by mail for anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.


                                         /s/ *Nitor V. Egbarin*
                                        Nitor V. Egbarin