UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NNYANA MASOLOKO and KEFILWE LEKUNTWANE individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YOUR FAMILY HOME CARE LLC, JENNIFER ROSS, RACHEL FAITH LORENZEN and DELROY ROSS,<br><br>Defendants. | Civil Action No.: 3:22-cv-01658 (JBA)<br><br><br><br>July 21, 2023 |

## NOTICE OF FILING OPT-IN CONSENT TO JOIN ACTION FORM

Plaintiffs hereby file the consent forms attached as Exhibit 1 for the following individuals who wish to join in this collective/class action: (1) Fredrica E. Sosu, (2) Michael Asante, (3) Guerda Senat, (4) Beatrice Kwakye, (5) Sylvia Drameh, (6) Ernestina Duah, (7) Emelia P. Essel, (8) Joseph Badu, (9) Charlotte G. Turkson, (10) Gladys Ababio, (11) Beatrice Obro and, (12) Clarita Blanchard James.

        Nnyana Masoloko, Kefilwe Lekuntwane,
        and others similarly situated,

        By://s// ct05114

    Nitor V. Egbarin, ct05114
    Law Office of Nitor V. Egbarin, LLC
    100 Pearl Street, 14th Floor
    Hartford, CT 06103-3007
    Tel: (860) 249-7180
    Fax: (860) 408-1471
    E-mail: NEgbarin@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2023, a copy of the foregoing Notice of Filing Opt-in Consent to Join Action Form was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail for anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

/s/ *Nitor V. Egbarin*
Nitor V. Egbarin