## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

NNYANA MASOLOKO and KEFILWE   :
LEKUNTWANE individually, and on   :
behalf of all others similarly situated,   :
  :   **Civil Action No.:  3:22-cv-01658 (JBA)**
  :
**Plaintiffs,**   :
  :
  :
v.   :
  :
  :
**YOUR FAMILY HOME CARE LLC,**   :
**JENNIFER ROSS, RACHEL FAITH**   :
**LORENZEN and DELROY ROSS,**   :   **July 21, 2023**
  :
**Defendants.**   :
  :

### NOTICE OF FILING  OPT-OUT FORM

Plaintiffs hereby file the Desire to Be Excluded from Class forms attached as Exhibit 1 for the following individuals who filed a timely wish to be excluded from class action: 1. Joyce Obeng - Debrah, 2. Nana Owusuwaa, 3. Naa Barnor, 4. Justine K.S. Yankson, 5. Sylvia Asare, 6. Sperancia Uwera, 7. Philomina Koduah, 8. Frank Antwi, 9. Isaac Darko, 10. Julia Mokalake, 11. Foster Danso, 12. Selina Akoto, 13. *Gladys Ababio (Gladys Ababio also signed & mailed a Consent to Join form), 14. *Ernestina Duah (Ernestina Duah also signed & mailed a consent to Join form), 15. Kwame Amparbeng, and 16. Doris Duodu.

> Nnyana Masoloko, Kefilwe Lekuntwane,
> and others similarly situated,
>
> By://s// ct05114 _____
>
>   Nitor V. Egbarin, ct05114
>   Law Office of Nitor V. Egbarin, LLC
>   100 Pearl Street, 14th Floor
>   Hartford, CT  06103-3007
>   Tel: (860) 249-7180
>   Fax: (860) 408-1471
>   E-mail: NEgbarin@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2023, a copy of the foregoing Notice of Filing Opt-in Consent to Join Action Form was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail for anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

/s/ *Nitor V. Egbarin*
Nitor V. Egbarin