Civil- (Dec-2008)

HONORABLE: Janet Bond Arterton

DEPUTY CLERK: Liana Barry          RPTR/ECRO/TAPE: Corinne Thomas

TOTAL TIME: 0 hours 43 minutes

DATE: 8/4/2023   START TIME: 3:09   END TIME: 3:52

LUNCH RECESS   FROM:          TO:

RECESS (if more than ½ hr)   FROM:          TO:

CIVIL NO. 3:22-cv-01658-JBA

Masoloko et al                                     Nitor V. Egbarin
                                                   Plaintiff's Counsel
                vs
Your Family Home Care LLC et al                    Craig Thomas Dickinson
                                                   Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☐ Motion hearing            ☐ Show Cause Hearing
☐ Evidentiary Hearing       ☐ Judgment Debtor Exam
☑ Miscellaneous Hearing (Fairness)

☑.....#26    Motion Settlement For Final Approval of Class Action    ☑ granted  ☐ denied  ☐ advisement
☐.....#____  Motion_____  ☐ granted  ☐ denied  ☐ advisement
☐.....#____  Motion_____  ☐ granted  ☐ denied  ☐ advisement
☐.....#____  Motion_____  ☐ granted  ☐ denied  ☐ advisement
☐.....#____  Motion_____  ☐ granted  ☐ denied  ☐ advisement
☐.....#____  Motion_____  ☐ granted  ☐ denied  ☐ advisement
☐.....#____  Motion_____  ☐ granted  ☐ denied  ☐ advisement
☐.....        Oral Motion_____  ☐ granted  ☐ denied  ☐ advisement
☐.....        Oral Motion_____  ☐ granted  ☐ denied  ☐ advisement
☐.....        Oral Motion_____  ☐ granted  ☐ denied  ☐ advisement
☐.....        Oral Motion_____  ☐ granted  ☐ denied  ☐ advisement
☐.....        ☐ Briefs(s) due _____  ☐ Proposed Findings due_____  Response due_____
☐............ _____  ☐ filed  ☐ docketed
☐............ _____  ☐ filed  ☐ docketed
☐............ _____  ☐ filed  ☐ docketed
☐............ _____  ☐ filed  ☐ docketed
☐............ _____  ☐ filed  ☐ docketed
☐............ _____  ☐ filed  ☐ docketed
☐............ _____ Hearing continued until _____ at _____

The Court reserves jurisdiction over the implementation, administration, and enforcement of this judgment and the Agreement and all matters ancillary to the same. The Clerk is requested to close this case.